**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| CHRIS KOHLER, | ) Case No. SACV08-5707 VBF (SSx) |
| Plaintiff, | ) |
| | ) **ORDER RE: JOINT MOTION FOR** |
| vs. | ) **DISMISSAL** |
| MAGGARD ENTERPRISES, INC., dba LONG JOHN SILVER'S #7891, | ) |
| Defendants. | ) |

1 <u>ORDER ON JOINT MOTION FOR DISMISSAL</u>

2     Having read the foregoing Joint Motion, and good cause appearing
3 therefore, the Court GRANTS the Joint Motion and dismisses the above-
4 captioned action with prejudice.

5 Dated: <u>February 23, 2009</u>            *Valerie Baker Fairbank*
6                                              Judge of the District Court

7
8
...
28

*Kohler v. Maggard Enterprises, Inc., et al*                    Order Re: Joint Motion for Dismissal
Case No. SACV08-5707 VBF (SSx)